IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE SANTANA MEDRANO, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-16-2570 |
| HOME DEPOT INTERNATIONAL, INC. AND HOME DEPOT USA, INC., | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons set forth in the accompanying Memorandum and Opinion, the motion for summary judgment, Docket Entry No. 23, is granted. This case is dismissed, with prejudice.

SIGNED on June 16, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge